opinion

filed November 16, 1948; released for publication December 2, 1948. McCarthy, Witry, Lyon & McCarthy, for appellant; Emmett J. McCarthy, George R. Lyon and Gregory J. Scheurich, of counsel; Emil Rissman, for appellee; Harold L. Lipton, of counsel. Opinion by Justice Friend. Not to be published in full.

## People of State of Illinois, Defendant in Error, v. Harry Raddatz, Plaintiff in Error.

### Gen. No. 44,273.

opinion

filed November 16, 1948; released for publication December 2, 1948. Frank A. McDonnell and Darrow, Smith & Carlin, for plaintiff in error; William J. Tuohy, State's Attorney, for defendant in error; John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by Justice Friend. Not to be published in full.